◼ In the Matter of SALVATORE A. SCAROZZA, Appellant, v TUDOR PLAZA, INC., et al., Respondents. [807 NYS2d 914]—Appeal from a judgment of the Supreme Court, Erie County (John M. Curran, J.), entered July 27, 2004 in a combined action and CPLR article 78 proceeding. The judgment, after a nonjury trial, dismissed the complaint and petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Green, JJ.